ALLIED MACHINE & ENGINEERING CORPORATION, Plaintiff–Appellant,

v.

COMPETITIVE CARBIDE, INC., Defendant–Appellee.

No. 2012–1119.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2012.

R. Eric Gaum, Hahn Loeser & Parks LLP, of Cleveland, OH, argued for plaintiff-appellant. With him on the brief were Scott M. Oldham and William S. Nabors.

Robert W. McIntyre, McIntrye, Kahn & Kruse Co., L.P.A., of Cleveland, OH, argued for defendant-appellee.

Before RADER, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**